**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **No. 3:12-CR-114** |
| ) | **(Phillips)** |
| **JAMES ROBINSON** ) | |


## ORDER


There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc.34] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on December 26, 2012, is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress [Doc. 21] is **DENIED.**


**ENTER:**


_____s/ Thomas W. Phillips_____
United States District Judge